THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WYZE LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEIJING ROCKROBO TECHNOLOGY CO., LTD., and BEIJING XIAOMI MOBILE SOFTWARE CO., LTD., <br><br> Defendants. | No. 2:21-cv-00941-RAJ <br><br> **NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Wyze Labs, Inc. ("Wyze") hereby files this Notice of Dismissal to dismiss this action without prejudice. Wyze is the only party to have appeared, and no opposing party has served an answer or motion for summary judgment. *See* Fed. R. Civ. P. Rule 41(a)(1)(A)(i) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."); Fed. R. Civ. P. Rule 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

NOTICE OF DISMISSAL – 1
(No. 2:21-cv-00941-RAJ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: January 3, 2022

/s/ *Antoine M. McNamara*
Antoine M. McNamara (WSBA No. 41701)
AMcNamara@perkinscoie.com
Nicole S. Dunham (WSBA No. 41931)
NDunham@perkinscoie.com
Eric J. Weiss (WSBA No. 44807)
EWeiss@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000

/s/ *Michelle M. (Umberger) Kemp*
Michelle M. (Umberger) Kemp (*pro hac vice*)
MKemp@perkinscoie.com
Gabriella E. Bina (*pro hac vice*)
GBina@perkinscoie.com
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, WI 53703
Phone: 608-663-7460
Fax: 608-663-7499

*Counsel for Plaintiff Wyze Labs, Inc.*

NOTICE OF DISMISSAL – 2
(No. 2:21-cv-00941-RAJ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on January 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: January 3, 2022

/s/ *Antoine M. McNamara*
Antoine M. McNamara

CERTIFICATE OF SERVICE
(No. 2:21-cv-00941-RAJ)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000